

FILED

08/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0526

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0526

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ORDER

THOMAS WILLIAM PRICE,

    Defendant and Appellant.

Appellant Thomas Price, by counsel, has filed a motion for an extension of time within which to file the reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before October 13, 2020.

No further extensions will be granted.

DATED this 11 day of August, 2020.

For the Court,

_____
Chief Justice